| | |
|---|---|
| ARTHUR USHERSON | Index #: 1:19-CV-6368-JMF |
| Plaintiff(s) | |
| -against- | Date Filed: |
| BANDSHELL ARTIST MANAGEMENT | |
| Defendant(s) | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

KELVI A FRIAS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 5, 2019 at 09:29 PM at

C/O MARK MCKENNA
500 WEST 140TH STREET, # 3B
NEW YORK, NY10031

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET on BANDSHELL ARTIST MANAGEMENT, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MARK MCKENNA personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | WHITE | 62 | 6'3 | 220 |
| GLASSES | | | | | |

Sworn to me on: September 6, 2019

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

KELVI A FRIAS
License #: 1232446

Docket #:    *1125748*