UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR USHERSON,<br><br>Plaintiff,<br><br>v.<br><br>BANDSHELL ARTIST MANAGEMENT<br><br>Defendant. | Docket No. 1:19-cv-6368 (JMF) |

## NOTICE OF MOTION FOR SANCTIONS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Brad R. Newberg dated November 6, 2019, and all exhibits annexed thereto, and upon all prior proceedings, pleadings, and filings in this action, Defendant Bandshell Artist Management, by and through their undersigned counsel, hereby moves this Court before the Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse, Courtroom 1105, 40 Foley Square, New York, New York, 10007, for an Order granting sanctions against Plaintiff Arthur Usherson and Plaintiff's counsel, Richard Liebowitz, pursuant to this Court's inherent authority, Federal Rules of Civil Procedure 16(f) and 41, and 28 U.S.C. § 1927.

Dated: November 6, 2019

Respectfully submitted,

*/s/ Brad R. Newberg*
Brad R. Newberg (#BN1203)
McGuireWoods LLP
1750 Tysons Blvd.
Tysons Corner, VA 22102
T: 703-712-5061
F: 703-712-5050
bnewberg@mcguirewoods.com

*Attorney for Defendant Bandshell Artist Management*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Motion for Sanctions with the Clerk of the Court using the CM/ECF system on this 6th day of November, 2019, which constitutes service on Plaintiff, a registered user of the CM/ECF system pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated: November 6, 2019

*/s/ Brad R. Newberg*
Brad R. Newberg (#BN1203)
McGuireWoods LLP
1750 Tysons Blvd.
Tysons Corner, VA 22102
T: 703-712-5061
F: 703-712-5050
bnewberg@mcguirewoods.com

*Attorney for Defendant Bandshell Artist Management*