| Email or Phone | Password | |
|---|---|---|
|  |  | Log In |

Forgot account?



# Leon Redbone
@LeonRedboneOfficial

**Home**
About
Photos
Music Store
Videos
Posts
Community

Create a Page



Like    Share

Send Message

**Photos**



See All

**Videos**

**Community**  See All

👍 3,848 people like this

📡 3,915 people follow this

**About**  See All

 **Contact Leon Redbone on Messenger**

 www.leonredbone.com

 Musician/Band

**Page Transparency**  See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - March 27, 2014

**People**

**3,848** likes

**Related Pages**

**The Beach Boys Rarities**
Musician/Band

**Tommy Tutone**
Musician/Band

**Redbone (Official-Page)**

## See more of Leon Redbone on Facebook

| Log In | or | Create New Account |
|---|---|---|



**Leon Redbone**
@LeonRedboneOfficial

**Home**
About
Photos
Music Store
Videos
Posts
Community

Create a Page

236  28

See All

**Posts**

**Leon Redbone**
September 18 at 3:20 PM ·

We just added a few restocks to the online store, and we have some represses in the works. We'll also be taking preorders soon for a new run of classic 'self portrait' shirts that were designed by Leon... keep an eye out for the next update!



LEONREDBONE.COM
**store — LEON REDBONE**

320                          28 Comments  19 Shares

Like                Comment              Share

**Leon Redbone**
September 13 at 3:07 PM ·

Enjoy tonight's Friday the 13th Harvest Moon!



YOUTUBE.COM
**LEON REDBONE - SHINE ON HARVEST MOON**



Paul Geremia

Frosty the Snowman

Hans Theessink

Jim Pharis Music

John Fahey

See More

Pages   Public Figure   Musician/Band   Leon Redbone

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices  · Cookies · More
Facebook © 2019

### See more of Leon Redbone on Facebook

Log In    or    Create New Account