**Newberg, Brad R.**

| | |
|---|---|
| **From:** | Richard Liebowitz <RL@liebowitzlawfirm.com> |
| **Sent:** | Friday, September 20, 2019 4:55 PM |
| **To:** | Newberg, Brad R. |
| **Subject:** | Re: Usherson v. Bandshell Artist Management 19-cv-6368-JMF |

Hi Brad,

Checking with process server. I am not sure if they were official severed. If not, can you do a waiver of service? My client is still looking but as of now doesn't look like any licensing for this photo. Are you around for a phone call on Monday at 3pm to see if we can get resolved? Thanks.

On Fri, Sep 20, 2019 at 4:49 PM Newberg, Brad R. <BNewberg@mcguirewoods.com> wrote:

Following up on this. Thank you.


**Brad R. Newberg**
McGuireWoods LLP
T: +1 703 712 5061 | M: +1 703 772 6787


**From:** Newberg, Brad R.
**Sent:** Thursday, September 19, 2019 12:04 PM
**To:** 'RL@Liebowitzlawfirm.com' <RL@Liebowitzlawfirm.com>
**Subject:** Usherson v. Bandshell Artist Management 19-cv-6368-JMF


Richard,


I'm going to be representing Bandshell in this case. I just left you a voicemail, but can you let me know when you might be available today or tomorrow to discuss the case?


Also, a couple of quick things:

1) Can you let me know the exact date that Bandshell was served? My client is not positive whether it was September 4, 5, or 6.

2) I don't think these have been sent to my client yet, but can you please send to me the records sufficient to show the royalty paid the last three times the photograph at issue was licensed, and sufficient to show the number of times the work was licensed in the last five years?

1

Thank you.

**Brad R. Newberg**
Partner
McGuireWoods LLP
<u>1750 Tysons Boulevard</u>
<u>Suite 1800</u>
<u>Tysons, VA 22102</u>-4215
T:   +1 703 712 5061
M: +1 703 772 6787
F:   +1 703 712 5187
<u>bnewberg@mcguirewoods.com</u>
<u>Bio</u> | <u>VCard</u> | <u>www.mcguirewoods.com</u>

# McGUIREWOODS

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*

--
Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660
RL@LiebowitzLawFirm.com
www.LiebowitzLawFirm.com


******************************************************************
This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
******************************************************************

2