**McGuireWoods LLP**
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102-4215
Phone: 703.712.5000
Fax: 703.712.5050
www.mcguirewoods.com

**Brad R. Newberg**
Direct: 703.712.5061

bnewberg@mcguirewoods.com
Fax: 703.712.5187

# McGUIREWOODS

December 4, 2019

**VIA ECF**
The Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Furman_NYSDChambers@nysd.uscourts.gov

Re:     *Usherson v. Bandshell Artist Management*, 1:19-cv-6368 (JMF) Letter Brief
        Regarding Filing Under Seal

Dear Judge Furman,

        Per this Court's November 20, 2019 Order (Dkt 26), Defendant Bandshell Artist
Management submits the following statement regarding any need to keep the filings sealed with
regards to Defendant's Motion for Sanctions, and apologizes that, even with the Thanksgiving
holiday, this letter should have been filed on December 2.

        Defendant does not believe that there is any need for sealing.  As the Court noted, there is
a strong presumption in favor of public access to judicial documents.   Defendant, in some of the
exhibits it attached, made very minor redactions simply to remove certain specific monetary
terms of settlement discussions it did not believe were material to the substance of the motion.
As such, Defendant does not believe the papers, as submitted, need to continue to be sealed.

                                Respectfully submitted,

                                *s/Brad R. Newberg/*
                                Brad. R. Newberg
                                *Attorney for Defendant Bandshell Artist
                                Management.*