UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR USHERSON,<br><br>Plaintiff,<br><br>v.<br><br>BANDSHELL ARTIST MANAGEMENT,<br><br>Defendant. | Docket No. 1:19-cv-6368 (JMF) |

**SECOND DECLARATION OF BRAD R. NEWBERG IN SUPPORT OF DEFENDANT'S
<u>MOTION FOR SECURITY FOR COSTS AND FEES</u>**

I, Brad R. Newberg, declare:

1. I am an attorney licensed to practice in the United States District Court for the Southern District of New York.

2. I am a partner in the Intellectual Property department of McGuireWoods LLP, which represents Defendant Bandshell Artist Management ("Defendant" or "Bandshell").

3. I make this Second declaration in support of Defendant's Reply Memorandum in Support of Bandshell's Motion for Security for Costs and Fees.

4. A true and correct copy of Plaintiff's First Set of Requests for Production of Documents is attached hereto as Exhibit 1.

5. A true and correct copy of Mr. Liebowitz's client's response to a bond motion in *Mango v. Democracy Now! Productions, Inc.*, No. 18-cv-10588 (DLC), (Dkt. 36) 2019 WL 6179065 (S.D.N.Y. May 28, 2019) is attached hereto as Exhibit 2.

1

6. A true and correct copy of Mr. Liebowitz's client's response to a bond motion in *Rice v. Musee Lingerie, LLC*, No. 18-cv-09130 (AJN), (Dkt. 28) 2019 WL 5963007 (S.D.N.Y. Apr. 24, 2019) is attached hereto as Exhibit 3.

7. A true and correct copy of Mr. Liebowitz's client's response to a bond motion in *Sands v. Bauer Media Group USA, LLC*, No. 17-cv-09215 (LAK), (Dkt. 43) 2018 WL 9988044 (S.D.N.Y. Nov. 30 2018) is attached hereto as Exhibit 4.

8. A true and correct copy of Mr. Liebowitz's client's response to a bond motion in *Lee v. W. Architecture and Landscape Architecture, LLC*, No. 18-cv-5820 (PKC)(CLP) (Dkt. 24) (E.D.N.Y. May 28, 2019) is attached hereto as Exhibit 5.

9. A true and correct copy of this Court's unpublished order unavailable on Westlaw denying plaintiff's Motion for Reconsideration of an order requiring Mr. Liebowitz's client to post a bond in *Sadowski v. JSN Global Media, Inc.*, 18-cv-1392 (LAP) (Dkt. 32) (S.D.N.Y. Dec. 3, 2018) is attached hereto as Exhibit 6.

10. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 17, 2019

_____
Brad R. Newberg (#BN1203)

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Second Declaration of Brad R. Newberg with the Clerk of the Court using the CM/ECF system on this 17th day of December, 2019, which constitutes service on Plaintiff, a registered user of the CM/ECF system pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated: December 17, 2019

*/s/ Brad R. Newberg*
Brad R. Newberg (#BN1203)
McGuireWoods LLP
1750 Tysons Blvd.
Tysons Corner, VA 22102
T: 703-712-5061
F: 703-712-5050
bnewberg@mcguirewoods.com

*Attorney for Defendant Bandshell Artist Management*