UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTHUR USHERSON

                Plaintiff,

v.

BANDSHELL ARTIST MANAGEMENT

                Defendant.

**STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii)**

Case No.: 1:19-cv-6368

---

      IT IS HEREBY STIPULATED by Plaintiff Arthur Usherson and Defendant Bandshell Artist Management that the case has been settled and that the above case should be dismissed with prejudice with each side to bear its own costs and attorney's fees.

*/s/ Richard Liebowitz*
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: December 18, 2019

*Attorneys for Plaintiff Arthur Usherson*

*/s/ Brad Newberg*
Brad Newberg
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
Tysons, VA 22102-4215
703-712-5061
BNewberg@McGuireWoods.com
December 18, 2019

*Attorneys for Defendant Bandshell Artist Management*