**McGuireWoods LLP**
1750 Tysons Boulevard
Suite 1800
Tysons, VA 22102-4215
Phone: 703.712.5000
Fax: 703.712.5050
www.mcguirewoods.com

**Brad R. Newberg**
Direct: 703.712.5061

**McGuireWoods**

bnewberg@mcguirewoods.com
Fax: 703.712.5187

December 19, 2019

**VIA ECF**
The Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
Furman_NYSDChambers@nysd.uscourts.gov

    **Re:**    <u>*Usherson v. Bandshell Artist Management*, 1:19-cv-6368 (JMF): Jan 8 Hearing</u>

Dear Judge Furman,

    We represent Defendant Bandshell Artist Management. As you have likely seen, today Plaintiff Usherson withdrew the above-captioned case with prejudice, to which we stipulated (although, to be candid, had we not been representing our client pro bono—meaning he would have had significant legal expenses to be reimbursed—we and our client would not have so stipulated).

    Based on the Court's statements at the initial conference that a resolution of this case would not necessarily resolve the need for sanctions against Plaintiff and Plaintiff's counsel, I assume, unless I hear otherwise, that the January 8 evidentiary hearing is still going forward. As an officer of the court, I wanted to make this Court aware that I am still available to appear, testify, and otherwise participate as the Court has already set forth or in any other way.

    Finally, I note that our motion requested an Order that Mr. Usherson be made aware of any Orders regarding the motion. I note this because I still have concerns regarding that issue broadly.

                                        Respectfully submitted,

                                        <u>*s/Brad R. Newberg/*</u>
                                        Brad. R. Newberg
                                        *Attorney for Defendant Bandshell Artist Management.*

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.