UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR USHERSON<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BANDSHELL ARTIST MANAGEMENT<br><br>　　　　　　　Defendant. | **STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii)**<br><br>Case No.: 1:19-cv-6368 |

IT IS HEREBY STIPULATED by Plaintiff Arthur Usherson and Defendant Bandshell Artist Management that the case has been settled and that the above case should be dismissed with prejudice with each side to bear its own costs and attorney's fees.

*[signature]*
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: December 18, 2019

*Attorneys for Plaintiff Arthur Usherson*

*[signature]*
Brad Newberg
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
Tysons, VA 22102-4215
703-712-5061
BNewberg@McGuireWoods.com

December 18, 2019

*Attorneys for Defendant
Bandshell Artist Management*

SO ORDERED. To be clear, the Court retains jurisdiction to adjudicate Defendant's pending motion for sanctions and any other sanctions-related matters. *See, e.g., Rice v. NBCUniversal Media, LLC*, No. 19-CV-447 (JMF), 2019 WL 3000808, at *4 (S.D.N.Y. July 10, 2019) (noting, in imposing sanctions on Mr. Liebowitz, that "voluntary dismissal 'does not preclude the district court from considering collateral issues such as sanctions.'" (quoting *U.S. D.I.D. Corp. v. Windstream Commc'ns, Inc.*, 775 F.3d 128, 134 (2d Cir. 2014)).

The Clerk of Court is directed to close this case but should NOT terminate ECF No. 14.

*[signature]*

December 20, 2019