UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                  :
ARTHUR USHERSON,                          :

                      Plaintiff,            :      19-CV-6368 (JMF)

          -v-                                  :      <u>ORDER</u>

BANDSHELL ARTIST MANAGEMENT,    :

                    Defendant.        :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record at the close of the evidentiary hearing held on January 8, 2020, Defendant shall serve via overnight courier a copy of the files obtained from the U.S. Copyright Office for the copyright registration by **January 9, 2020**, and file proof of service **within one business day of service**. No later than **January 17, 2020**, Plaintiff shall file a letter on ECF addressing (1) whether Paragraph 9 of the Complaint is accurate; and (2) if not, whether sanctions are warranted on this basis against either Plaintiff's counsel or Plaintiff himself.

      In addition, by **January 13, 2020**, Plaintiff shall submit a letter brief not to exceed three pages addressing the effect, if any, of the parties' stipulation of dismissal on Defendant's motion for sanctions and addressing the appropriate sanctions in the event that the Court deems sanctions to be appropriate. Defendant shall submit any reply to Plaintiff's submission, not to exceed three pages, by **January 15, 2020**. Finally, Defendant shall submit a detailed accounting of the costs and attorney's fees incurred (had counsel not been pro bono) in connection with the October 31, 2019 mediation and the pending motion for sanctions by **January 17, 2020**.

      SO ORDERED.

Dated: January 8, 2020                        _____
       New York, New York                    JESSE M. FURMAN
                                                     United States District Judge