**Shafer, Michael A.**

| | |
|---|---|
| **From:** | Shafer, Michael A. |
| **Sent:** | Thursday, January 9, 2020 2:06 PM |
| **To:** | 'Richard Liebowitz' |
| **Cc:** | Newberg, Brad R. |
| **Subject:** | Deposit Copy CD |

Dear Mr. Liebowitz,

We are overnighting you a copy of the CD of the deposit copies today. Per firm policy, we cannot send it without encrypting it, so it will be password protected when you open it. The password is "PASSWORD REDACTED".

Let me know if you have any questions or difficulties opening the files when they arrive tomorrow.

Best,

Michael Shafer

**Michael A. Shafer**
Associate
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
T:  +1 804 775 1676
F:  +1 804 698 2066
mshafer@mcguirewoods.com
VCard | www.mcguirewoods.com

M<small>c</small>G<small>UIRE</small>W<small>OODS</small>