**SUMMARY OF FEES AND COSTS RELATED TO MEDIATION AND SANCTIONS**

| Date | Name | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 10/14/19 | Michael A. Shafer | 420.00 | 1.60 | 672.00 | Draft mediation letter |
| 10/15/19 | Michael A. Shafer | 420.00 | 1.20 | 504.00 | Draft mediation statement |
| 10/16/19 | Brad R. Newberg | 855.00 | 1.20 | 1,026.00 | Drafting of mediation statement |
| 10/16/19 | Michael A. Shafer | 420.00 | 0.20 | 84.00 | Draft mediation statement |
| 10/17/19 | Brad R. Newberg | 855.00 | 0.70 | 598.50 | Finalize first draft of mediation statement |
| 10/21/19 | Brad R. Newberg | 855.00 | 0.50 | 427.50 | Discussion of mediation and strategy with client |
| 10/24/19 | Brad R. Newberg | 855.00 | 1.00 | 855.00 | Call with mediator and finalize statement |
| 10/25/19 | Brad R. Newberg | 855.00 | 0.60 | 513.00 | Finalize mediation statement after research |
| 10/30/19 | Brad R. Newberg | 855.00 | 3.10 | 2,650.50 | Prepare for mediation, and discussions with client and mediator after mediator proposal |
| 10/31/19 | Brad R. Newberg | 855.00 | 11.50 | 9,832.50 | Travel to (6.5), prepare for and attend mediation that Defendant did not show for; meet with client to prepare for and discussion mediation; call M. Shafer about motion for sanctions |
| 10/31/19 | Michael A. Shafer | 420.00 | 1.00 | 420.00 | Prepare sanctions motion |
| 11/01/19 | Brad R. Newberg | 855.00 | 3.60 | 3,078.00 | Gathering of materials for sanctions motion, communications to adversary, and communications on and drafting of motion |
| 11/01/19 | Michael A. Shafer | 420.00 | 6.00 | 2,520.00 | Draft motion for sanctions |
| 11/04/19 | Brad R. Newberg | 855.00 | 5.20 | 4,446.00 | Call with opposing counsel on motion and drafting of motion |
| 11/04/19 | Michael A. Shafer | 420.00 | 1.80 | 756.00 | Draft motion for sanctions |

1

| Date | Name | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 11/05/19 | Brad R. Newberg | 855.00 | 6.10 | 5,215.50 | Drafting of sanctions motion including review of legal sections, edits to fact sections and declaration, and review of supporting papers |
| 11/05/19 | Michael A. Shafer | 420.00 | 4.00 | 1,680.00 | Draft motion for sanctions, notice of sanctions, and proposed order |
| 11/06/19 | Brad R. Newberg | 855.00 | 3.00 | 2,565.00 | Finalizing draft of sanctions motion |
| 11/06/19 | Michael A. Shafer | 420.00 | 3.50 | 1,470.00 | Finalize motion for sanctions |
| 11/18/19 | Brad R. Newberg | 855.00 | 1.30 | 1,111.50 | Review response in sanctions motion |
| 11/19/19 | Brad R. Newberg | 855.00 | 6.20 | 5,301.00 | Work on reply in sanctions motion, research and drafting |
| 11/20/19 | Brad R. Newberg | 855.00 | 5.50 | 4,702.50 | Finish first draft of sanctions reply with certain research still needed |
| 11/21/19 | Brad R. Newberg | 855.00 | 3.50 | 2,992.50 | Declarations for sanctions reply and research last cases and other cases involving R. Liebowitz |
| 11/21/19 | Michael A. Shafer | 420.00 | 2.00 | 840.00 | Review reply in motion for sanctions; review M. McKenna's declaration |
| 11/22/19 | Brad R. Newberg | 855.00 | 3.00 | 2,565.00 | Review of sanctions reply and declarations before final look |
| 11/25/19 | Brad R. Newberg | 855.00 | 1.00 | 855.00 | Final work on Sanctions Motion reply |
| 01/02/20 | Brad R. Newberg | 855.00 | 4.70 | 4,018.50 | Draft questions and argument for hearing |
| 01/06/20 | Brad R. Newberg | 855.00 | 6.00 | 5,130.00 | Prepare questions and argument for hearing |
| 01/07/20 | Brad R. Newberg | 855.00 | 7.50 | 6,412.50 | Prepare questions, exhibits and argument for hearing (4.0) and travel to hearing (3.5) |
| 01/08/20 | Brad R. Newberg | 855.00 | 8.20 | 7,011.00 | Prepare for hearing (1.1), participate at hearing (3.6), and travel from hearing (3.5) |
| 01/15/20 | Brad R. Newberg | 855.00 | 2.40 | 2,052.00 | Review January 13 letter, research law, and draft response |
| 01/16/20 | Brad R. Newberg | 855.00 | 2.00 | 1,710.00 | Review of cost and fee information and draft of letter to court regarding sanctions |

| Date | Name | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 01/16/20 | Michael A. Shafer | 420.00 | 1.00 | 420.00 | Gathering and formatting cost and fee information for mediation and sanctions |
| | Subtotal Fees: | | | 84,435.00 | |

Costs:

| | Name | | | Amount | Description |
|---|---|---|---|---|---|
| | Brad R. Newberg | | | 428.75 | Trip to New York for mediation |
| | Brad R. Newberg | | | 995.24 | Overnight Trip to New York |
| | Subtotal Costs: | | | 1423.99 | |

**TOTAL:** **85,858.99**