

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VAu001373272
Search Results: Displaying 1 of 1 entries



*Arthur Usherson - Bob Dylan at Mariposa Folk Festival July 16, 1972.*

          **Type of Work:** Visual Material
**Registration Number / Date:** VAu001373272 / 2019-08-22
     **Application Title:** Arthur Usherson - Bob Dylan at Mariposa Folk Festival July 16, 1972
                   **Title:** Arthur Usherson - Bob Dylan at Mariposa Folk Festival July 16, 1972. [Group registration of unpublished photographs. 30 photographs]
            **Description:** 30 photographs : Electronic file (eService)
     **Copyright Claimant:** Arthur Usherson. Address: 1006 Old Holcomb Bridge Road, Roswell, GA, 30076, United States.
         **Date of Creation:** 1972
**Authorship on Application:** Arthur Usherson; Domicile: United States. Authorship: photographs.
          **Copyright Note:** C.O. correspondence.

    Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

    Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A

sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

**Photographs:** (20 photographs): Bob Dylan at Mariposa Folk Festival July 16, 1972 (1).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (10).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (11).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (12).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (13).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (14).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (15).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (16).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (17).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (18).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (19).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (2).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (20).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (21).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (22).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (23).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (24).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (25).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (26).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (27).jpg,

(10 photographs): Bob Dylan at Mariposa Folk Festival July 16, 1972 (28).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (29).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (3).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (30).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (4).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (5).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (6).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (7).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (8).jpg, Bob Dylan at Mariposa Folk Festival July 16, 1972 (9).jpg,

**Names:** Usherson, Arthur



| Save, Print and Email (Help Page) |
|---|
| Select Download Format  [Full Record ▼]  [Format for Print/Save] |
| Enter your email address: [                    ] [Email] |

**Help** | **Search** | **History** | **Titles** | **Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page