# EXHIBIT A



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VAu001080046
Search Results: Displaying 1 of 1 entries



### *Arthur Usherson's Unpublished Photographs from #0001-#2208.*

| | |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VAu001080046 / 2011-08-02 |
| **Application Title:** | Arthur Usherson's Unpublished Photographs from #0001-#2208. |
| **Title:** | Arthur Usherson's Unpublished Photographs from #0001-#2208. |
| **Description:** | CD-ROM of photographs. |
| **Copyright Claimant:** | Arthur Art Usherson. Address: 1006 Old Holcomb Bridge Rd., Roswell, GA, 30076, United States. |
| **Date of Creation:** | 2011 |
| **Authorship on Application:** | Arthur Art Usherson; Domicile: United States; Citizenship: United States. Authorship: photograph(s) |
| **Rights and Permissions:** | Arthur Art Usherson, 1006 Old Holcomb Bridge Rd., Roswell, GA, 30076, (770) 649-8255, (770) 649-8255, artphotovideo@mindspring.com |
| **Names:** | Usherson, Arthur Art |



**Save, Print and Email (Help Page)**
Select Download Format  Full Record    Format for Print/Save
Enter your email address:            Email

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page