# EXHIBIT D

2/5/2020

(8009) Webmail :: arthur usherson



webair

zc@liebowitzlawfirm.com

**Folders**

Inbox (8009)
Drafts
Sent
Spam
Trash

Move to...

Subject **arthur usherson**
From **Donna Halperin**
To **Zachary Cuff**
Cc **Arthur Usherson**
Reply-To **dh@liebowitzlawfirm.com**
Date **2019-02-06 21:53**

Screenshot (41).png    Screenshot (43).png    Screenshot (42).png

Hi Zack,  This is an infringement from musician Leon Redbones FB page. Can you see if we can find any kind of contact information for him and document for Arthur if you are successful. document both links. Thank you.

https://www.facebook.com/LeonRedboneOfficial/photos/a.1405320689734472/2192779334321933 type=3&theater
https://www.facebook.com/LeonRedboneOfficial/photos/a.1405320689734472/2192779334321933 type=3


My best,

Donna Halperin, Director of Client Relations
Liebowitz Law Firm, PLLC
t.516-233-1660
f.516-612-2740

Screenshot (41).png~897 KB Show Download

Screenshot (43).png~828 KB Show Download

https://wm.mailanyone.net/?_task=mail&_action=show&_uid=8031&_mbox=INBOX&_search=856b72c510c4294f61ebe917c59b271c&_caps=pdf%3D1%2Cflash…    1/1