# EXHIBIT E

**Subject** Re: arthur usherson
**From** Arthur Usherson
**To** Zachary Cuff
**Date** 2019-02-07 22:16

Zac, it was included in the registration – I sent you a disk via USPS toda with all the group regitrations which should arrive on this coming Monday. Please confirm you received it.

Thanks.

Arthur

On 2/7/2019 5:05 PM, Zachary Cuff wrote:

> Hi Arthur,
>
> Thank you for sending this. I managed to find an address in PA. When you get the chance, can you tell me if the picture was registered and if so, can you send over the registration number?
>
> Best,
> Zack
>
> On Wed, Feb 6, 2019, 9:53 PM Donna Halperin <dh@liebowitzlawfirm.com> wrote:
>
>> Hi Zack, This is an infringement from musician Leon Redbones FB page. Can you see if we can find any kind of contact information for him and document for Arthur if you are successful. document both links. Thank you.
>>
>> https://www.facebook.com/LeonRedboneOfficial/photos/a.1405320689734472/21 type=3&theater
>> https://www.facebook.com/LeonRedboneOfficial/photos/a.1405320689734472/21 type=3
>>
>> My best,
>>
>> Donna Halperin, Director of Client Relations
>> Liebowitz Law Firm, PLLC
>> t.516-233-1660
>> f.516-612-2740