# EXHIBIT G

2/5/2020 Liebowitz Law Firm PLLC. Mail - David Bromberg - Infringement online - registered image - no permission - no attribution!

Case 1:19-cv-06368-JMF    Document 62-7    Filed 02/07/20    Page 2 of 2



Zachary Cuff <zc@liebowitzlawfirm.com>

## David Bromberg - Infringement online - registered image - no permission - no attribution!
1 message

**Arthur Usherson** <artphotovideo@mindspring.com>  Wed, Jun 5, 2019 at 9:41 AM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>, Zachary Cuff <zc@liebowitzlawfirm.com>

WTF!



Dylan - Redbone.jpg
459K