# EXHIBIT A

**046 Registration**
[Cropped Versions of similar photographs on Deposit]

**272 Registration**
[Cropped Version of Infringed Photograph on Deposit]

 

**#0082**   **#0439**



**#13**

  

**#0083**   **#0440**   **#0483**