UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARTHUR USHERSON,<br><br>                              Plaintiff,<br><br>         v.<br><br>BANDSHELL ARTIST MANAGEMENT,<br><br>                              Defendant. | No. 19-CV-6368 (JMF) |

# CERTIFICATE OF SERVICE

I, Richard Liebowitz, an attorney, hereby certify that, pursuant to the Court's Opinion & Order dated June 26, 2020 (Dkt. No. 68), a true and correct copy of the Opinion & Order was served via USPS express overnight mail on Thursday, July 2, 2020 upon Plaintiff Arthur Usherson at his address below:

Arthur Usherson
1006 Old Holcomb Bridge Road
Roswell, Georgia 30076

Dated: July 6, 2020
         Valley Stream, NY                          **/s/richardliebowitz/**
                                                    Richard Liebowitz, Esq.

                                                    Liebowitz Law Firm, PLLC
                                                    11 Sunrise Plaza
                                                    Suite 305
                                                    Valley Stream, NY 11580-6111
                                                    (516) 233-1660

                                                    *Attorney for Plaintiff Arthur Usherson*