AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Arthur Usherson ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-CV-6368 (JMF) |
| Bandshell Artist Management ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard Liebowitz and the Liebowitz Law Firm, PLLC (counsel of record for Plaintiff Arthur Usherson).

Date: 07/06/2020

/s/ Robert J. Anello
*Attorney's signature*

Robert J. Anello, # 1708825
*Printed name and bar number*

565 Fifth Avenue
New York, NY 10017
*Address*

ranello@maglaw.com
*E-mail address*

(212) 880-9520
*Telephone number*

(212) 856-9494
*FAX number*