# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Arthur Usherson )<br>*Plaintiff* )<br>v. )<br>Bandshell Artist Management )<br>*Defendant* ) | Case No. 19-CV-6368 (JMF) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard Liebowitz and the Liebowitz Law Firm, PLLC (counsel of record for Plaintiff Arthur Usherson).

Date: 07/06/2020

/s/ Brian A. Jacobs
*Attorney's signature*

Brian A. Jacobs, # 4338653
*Printed name and bar number*

565 Fifth Avenue
New York, NY 10017
*Address*

bjacobs@maglaw.com
*E-mail address*

(212) 880-9536
*Telephone number*

(212) 856-9494
*FAX number*