UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Arthur Usherson (plaintiff);

Richard Liebowitz (appellant); Liebowitz Law Firm, PLLC (appellant)

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Bandshell Artist Management (defendant)

(List the full name(s) of the defendant(s)/respondent(s).)

19 CV 6368 (JMF)(   )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: (1) Richard Liebowitz (attorney for plaintiff and party to this appeal);
(2) Liebowitz Law Firm, PLLC (attorney for plaintiff and party to this appeal)

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☒ order   entered on: June 26, 2020 [Dkt. No. 68]

(date that judgment or order was entered on docket)

that:

Imposed monetary and non-monetary sanctions on Richard Liebowitz and Liebowitz Law Firm, PLLC

(If the appeal is from an order, provide a brief description above of the decision in the order.)

July 20, 2020
Dated

/s/ Robert J. Anello
Signature*

Robert J. Anello
Name (Last, First, MI)

565 Fifth Avenue        New York      NY            10017
Address                  City          State         Zip Code

(212) 880-9520                         ranello@maglaw.com
Telephone Number                        E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13