

MORVILLO ABRAMOWITZ G[...]

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
JODI MISHER PEIKIN
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG

565 FIF[...]
NEW YORK, N[...]
(212) 8[...]
FAX: (212)[...]

www.m[...]

WRITER'S CON[...]

ranello@[...]

(212) [...]

July [...]

**By Hand Delivery**
Hon. Ruby J. Krajick
Clerk of Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Arthur Usherson v. Bandshell Artist Management*, No. 19-cv-6368 (JMF)

Dear Ms. Krajick:

    I represent Richard Liebowitz and the Liebowitz Law Firm, PLLC ("LLF") in connection with the above-captioned matter. Mr. Liebowitz was counsel of record for Plaintiff Arthur Usherson. On June 26, 2020, the Honorable Jesse M. Furman entered an Opinion & Order (Dkt. No. 68) (the "Order") imposing monetary and non-monetary sanctions against Mr. Liebowitz and LLF. Mr. Liebowitz and LLF will be filing a Notice of Appeal as to the Order and the Court's imposition of sanctions.

    Enclosed is a Chase cashier's check (with LLF as remitter) in the amount of $103,517.49, along with a copy of the Order. The enclosed check represents security for the full monetary sanction set forth in the Order, *see* Order at 54, and, pursuant to Fed. R. Civ. P. 62(b), operates as an automatic stay of the enforcement of the monetary sanction. The enclosed check should not be construed as a waiver of Mr. Liebowitz and LLF's right to appeal the monetary sanction.

                                               Respectfully submitted,

                                               /s/ *Robert J. Anello*

                                             Robert J. Anello

Encls.

Cc: Hon. Jesse M. Furman