UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR USHERSON,

                        Plaintiff,

- against -

BANDSHELL ARTIST MANAGEMENT

                        Defendant.

Docket No. 1:19-cv-06368-JMF

## **DECLARATION OF RICHARD LIEBOWITZ**

    I, RICHARD LIEBOWITZ, declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my personal knowledge:

    1.    I am lead counsel for Plaintiff Arthur Usherson ("Plaintiff") and the founding member of Liebowitz Law Firm, PLLC ( "LLF").

    2.    Sanction Three imposed upon me and LLF by the Court's Opinion and Order dated June 26, 2020 (the "Order") (Dkt. No. 68), requires that I serve a copy of the Order on every one of LLF's current clients.  In order to identify the required recipients, I have relied upon an LLF internal email list—which I have reviewed for accuracy and to the best of my knowledge believe to be complete—to which LLF adds each new client upon engagement.  I attest that on July 27, 2020, I served by email a copy of the Order on every one of LLF's clients identified in this manner.

    3.    Sanction Four imposed upon me and LLF requires that I file a copy of the Court's Order on the docket of all currently pending cases brought by me or LLF.  In order to identify

these cases, I have searched on Pacer, in every federal judicial district around the country, for my name as counsel of record. There are a small number of cases filed by my firm in which I am not counsel of record; in order to identify those cases, I relied on my firm's internal records. In every case I identified on Pacer or in my internal records in this manner, I filed the Court's Order. I then double-checked these filings against my firm's internal case management system. To the best of my knowledge, this method has identified every currently pending case brought by me and LLF, and I attest that pursuant to Sanction Four I have filed the Court's Order in all cases that I so identified.

      4.      I declare under penalty of perjury that the foregoing is true and correct.

                    Respectfully Submitted:

Dated:      July 27, 2020
              Valley Stream, NY

                    **s/richardliebowitz/**
                    Richard Liebowitz