UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARTHUR USHERSON,

                Plaintiff,

- against -

BANDSHELL ARTIST MANAGEMENT

                Defendant.

Docket No. 1:19-cv-06368-JMF

## **DECLARATION OF RICHARD LIEBOWITZ**

I, RICHARD LIEBOWITZ, declare that the following is true and correct to the best of my personal knowledge.

1. I am the managing partner of the Liebowitz Law Firm, PLLC (the "LLF") and admitted to practice law in this District.

2. On June 26, 2020, the Court ordered me to file a copy of the Court's 6/26/20 Opinion and Order on the docket of "any currently pending case that was brought by Mr. Liebowitz or his firm" no later than July 27, 2020. *Usherson v. Bandshell Artist Mgmt.*, No. 19-CV-6368 (JMF), 2020 WL 3483661, at *22 (S.D.N.Y. June 26, 2020) (the "Order").

3. On September 29, 2020, it came to my attention that I regretfully overlooked filing the Order in the case of *Stokes v. True Colors Bar, Inc.*, 1:19-cv-2696, which was pending in the Eastern District of New York.

  4.  On September 29, 2020, after learning that the Order had not yet been filed, I promptly filed the Order in the Stokes case.

  5.  I sincerely apologize to the Court for this oversight.

                Respectfully Submitted:

Dated:  September 29, 2020
     Valley Stream, NY

                **s/richardliebowitz/**
                Richard Liebowitz