# Our Copyright Lawyers Protect Your Work & Your Rights

MORE DETAILS

# Let Liebowitz Law Firm, PLLC
# Protect Your Rights Against Copyright Violations

Our practice is dedicated to protecting those whose copyrights have been violated and often lack the resources to protect themselves. We work on a contingency fee basis, meaning we don't get pa...

Cited in Usherson v Bandshell Artist Mgmt
19CV6368 Decided 10/5/20

Archived on 10/13/20

This document is protected by copyright.
Further reproduction is prohibited without permission.

**Please sign up to receive exclusive invitations to our educational webinars and workshops** specific to the creative community.

Your first name

Your last name

Your email address

Subscribe

We respect your privacy. Unsubscribe at any time.



## Your Copyright Rights

As the creator of an original work, whether a photograph, illustration, song, text or other work, your copyright rights are created the moment you create your work.



## Get Paid

When your rights are violated by a publishing company, whether [...] properly paid pursu[...]

Please sign up to receive **exclusive invitations to our educational webinars and workshops** specific to the creative community.

Your first name

Your last name

Your email address

**Subscribe**

We respect your privacy. Unsubscribe at any time.

Case 1:19-cv-06368-JMF   Document 88   Filed 12/29/20   Page 3 of 13



We Will Litigate for You

While most cases reach a settlement, license or other resolution, we are not afraid to litigate on your behalf. Media companies know this, and should take your claim seriously.

# Copyright Laws Protect Your Right to be Paid for Your Work

Here in the United States, creators of original works, such as photographers, artists, musicians, writers and more are entitled to copyright protection for their original work.

Many professionals, particularly photographers and videographers license their work to news outlets and other companies. When your work is illegally copied from that site and republished by another media company, you have rights.

Please sign up to receive **exclusive invitations to our educational webinars and workshops** specific to the creative community.

Your first name

Your last name

Your email address

**Subscribe**

We respect your privacy. Unsubscribe at any time.

We work with you and can assist you with the filing of a federal copyright application. If filed timely, this may entitle you to statutory damages.

We then pursue your claims and help achieve a favorable result for you, to get you paid for your hard work.

# Our Practice Areas

Our Practices Focuses on Photographers & Creative Individuals Whose Copyrights Have Been Violated



### Photograph

If you are a photographer and your work has been used without

Learn More

Please sign up to receive **exclusive invitations to our educational webinars and workshops** specific to the creative community.

Your first name

Your last name

Your email address

Subscribe

We respect your privacy. Unsubscribe at any time.

Cited in Usherson v. Bandshell Artist Mgmt, 19CV6368. Decided 10/5/20
Archived on 10/13/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



## Design Copyright Infringement

As a graphic designer, your work is copyrighted. If your work is used in violation of your copyright, you may have a legal claim.

Learn More

Please sign up to receive **exclusive invitations to our educational webinars and workshops** specific to the creative community.

Your first name

Your last name

Your email address

Subscribe

We respect your privacy. Unsubscribe at any time.

Cited in Usherson v Band-hell Artist Mgmt
19CV6368 Decided 10/5/20
Archived on 10/13/20
This document is protected by copyright.
Further reproduction is prohibited without permission.



## Illustration Copyright Infringement

Illustrators and other artists have copyright claims to their original work, and may bring a claim if their rights have been violated.

Learn More ›

**Please sign up to receive exclusive invitations to our educational webinars and workshops specific to the creative community.**

Your first name

Your last name

Your email address

Subscribe

We respect your privacy. Unsubscribe at any time.

Case 1:19-cv-06368-JMF Document 88 Filed 12/29/20 Page 7 of 13



## Video Copyright Infringement

If your video has been used in whole or part, or substantially copied, you may have a claim for copyright infringement.

Learn More ›

Please sign up to receive **exclusive invitations to our educational webinars and workshops** specific to the creative community.

Your first name

Your last name

Your email address

**Subscribe**

We respect your privacy. Unsubscribe at any time.



## Film Copyright Infringement

Film makers have copyright protection on their work, and may have a claims for infringement if those rights are violated.

Learn More ›

Please sign up to receive **exclusive invitations to our educational webinars and workshops** specific to the creative community.

Subscribe

We respect your privacy. Unsubscribe at any time.



## Text Copyright Infringement

Writers also have copyright protection for their work, and if it has been plagiarized, may have a claim for copyright infringement.

Learn More

Cited in Usherson v Bandshell Artist Mgmt
19-CV-6368 Decided 10/5/20
Archived on 10/13/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

Please sign up to receive **exclusive invitations to our educational webinars and workshops** specific to the creative community.

Your first name

Your last name

Your email address

Subscribe

We respect your privacy. Unsubscribe at any time.



## Logo Design Copyright Infringement

Creators of logos have a copyright interest in their design, and may have a copyright claim if those rights are violated.

Learn More ›

**Please sign up to receive exclusive invitations to our educational webinars and workshops** specific to the creative community.

Your first name

Your last name

Your email address

Subscribe

We respect your privacy. Unsubscribe at any time.

Our lawyers are passionate about protecting those whose copyrights have been violated. Whether a national television network, an online news outlet or other company, we fight for you.

Our firm was created by an attorney with a passion and life-long interest in photography. He is an avid photographer and has had his own works published. Today, Richard Liebowitz, Esq. and his attorneys fight for photographers worldwide who lack the resources to protect themselves..

We work on a contingency fee basis, meaning we get a part of the recovery when we succeed. You do not pay by the hour for our services, which is how most firms handle these cases.

With our approach, the struggling photographer, videographer, writer, artist or other creator of copyright works can have the law on their side.

# In the News

Our firm has been widely covered in the news, because of our willingness to take on the large media companies who violate our clients' rights.

## Liebowitz Law Firm, PLLC Represents Clie

A U.S. District Court judge found Elie Tahari liable for infringing without permission. By Gonzalo E. Mon and Michael Zinna.  Ad

Read more

Please sign up to receive **exclusive invitations to our educational webinars and workshops** specific to the creative community.

Your first name

Your last name

Your email address

Subscribe

We respect your privacy. Unsubscribe at any time.

Cited in Usherson v Bandshell Artist Mgmt
19cv6368 Decided 10/5/20
Archived on 10/13/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

### Liebowitz Law Firm, PLLC Represents Photographer in Copyright Win Against BuzzFeed

The U.S. Court of Appeals for the Second Circuit affirmed the decision of the U.S. District Court for the Southern District of New York, that the media giant is liable for using and altering the image's copyright credit, without permission. By Blake Brittain. Bloomberg Law. https://bit.ly/3axBWP2

Read more

### Liebowitz Law Firm, PLLC Represents Client in Celebrity Copyright Case

Atlanta photographer's copyrighted photo of Miley Cyrus was posted to the celebrity's Instagram account, without permission or compensation. By Rebecca Rosenberg. The New York Post. https://bge.sx/2B3H6Fc

Read more

## Contact Us to Discuss

Please sign up to receive **exclusive invitations to our educational webinars and workshops** specific to the creative community.

Your first name

Your last name

Your email address

**Subscribe**

We respect your privacy. Unsubscribe at any time.

Cite as Usherson v Bandshell Artist Mgmt 19CV6368 Decided 10/5/20
Archived on 10/13/20
This document is protected by copyright.
Further reproductions prohibited without permission.

If your rights as a photographer, writer, artist, graphic designer or other creator were violated, please contact our copyright lawyers today. We help clients worldwide protect their work and get paid for their efforts.

**Full Name***

**Company Name**

**Email Address**

**Phone Number**

**Street Address**

**City**

**State/Province**

**Postal Code**

**Country**

United States

**Type of Case**

Photograph Infringement

**Your Website**

**Referred By**

**Message:**

## Contact Us Today

Please sign up to receive **exclusive invitations to our educational webinars and workshops** specific to the creative community.

Your first name

Your last name

Your email address

**Subscribe**

We respect your privacy. Unsubscribe at any time.

Cited in Usherson v Bandshell Artist Mgmt 19CV6368 Decided 10/5/20
Archived on 10/13/20
This document is protected by copyright. Further reproduction is prohibited without permission.