1:19-cv-06368-JMF

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand twenty-one.

_____

Richard P. Liebowitz, Liebowitz Law Firm, PLLC,

    Appellants,

Arthur Usherson,

    Plaintiff,

v.

Bandshell Artist Management,

    Defendant-Appellee.

_____

**ORDER**
Docket No. 20-2304

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 7/22/2021

The mandate issued in this appeal on July 16, 2021, due to an administrative error.

IT IS HEREBY ORDERED that the mandate in this case is recalled.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 07/22/2021